**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

GERVIN GOMEZ HERNANDEZ, et al.

      Plaintiffs,

v.

PHOENIX STAFFING SERVICES, LLC, et al.

      Defendants.

Case No. 8:19-cv-03361-PWG

**NOTICE OF DAMAGE CLAIMS AND RELIEF SOUGHT**

Pursuant to the Court's December 17, 2019 Discovery Order, and Fed. R. Civ. P. 26(a)(1)(A)(iii), Plaintiffs file the following disclosure of damage claims and relief sought.

**1.      Summary**

Plaintiffs worked as drivers for Defendants' staffing services company. Briefly: Plaintiffs allege that they were paid a flat daily salary that denied them both minimum and overtime wages. Plaintiffs bring this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*; the Maryland Wage and Hour Law ("MWHL"), Md. Code, Lab. & Empl. Art., § 3-401 *et seq.*; and the Maryland Wage Payment and Collection Law ("MWPCL"), Md. Code, Lab. & Empl. Art., § 3-501 *et seq.*

**2.      Minimum and Overtime Wages**

Plaintiff Gervin Gomez Hernandez estimates that he is owed approximately $20,900.13 in minimum and overtime wages. This estimate was arrived at through the calculations attached to this filing as Exhibit A.

Plaintiff Ledis Cruz estimates that she is owed approximately $18,185.75 in minimum and overtime wages. This estimate was arrived at through the calculations attached to this filing as Exhibit B.

In total, Plaintiffs allege that they are owed a total of **$39,085.88** in minimum and over-time wages.

**3.     Liquidated Damages**

The FLSA, MWHL, and MWPCL all provide for liquidated damages in addition to the underlying amount of minimum and overtime wages owed.

The FLSA and MWHL both provide for liquidated damages in an amount equal to the underlying amount of minimum and overtime wages owed. *See* 29 U.S.C. § 216; Md. Code, Lab. & Empl. Art., § 3-427. The MWPCL provides that an employee may recover up to three times the amount of unpaid wages owed. *See* Md. Code, Lab. & Empl. Art., 3-507.2.

Accordingly, Plaintiff Gervin Gomez Hernandez seeks a total of $41,800.26 in unpaid wages and liquidated damages pursuant to the FLSA and MWHL (2 × $20,900.13), or a total of $62,700.39 in unpaid wages and liquidated damages pursuant to the MWPCL (3 × $20,900.13). And Plaintiff Ledis Cruz seeks a total of $36,371.50 in unpaid wages and liquidated damages pursuant to the FLSA and MWHL (2 × $18,185.75), or a total of $54,557.25 in unpaid wages and liquidated damages pursuant to the MWPCL (3 × $18,185.75).

In total, Plaintiffs seek a total of **$117,257.63** in unpaid wages and liquidated damages ($62,700.39 + $54,557.25). This is the total of each plaintiff's claim pursuant to the MWPCL (Plaintiffs are not entitled to duplicative liquidated damages).

**4.     Attorney's Fees and Costs**

Finally, Plaintiffs seeks to recover their attorney's fees and costs. The FLSA, MWHL, and MWPCL are all 'fee-shifting' statutes. *See, e.g.,* 29 U.S.C. § 216(b).

At this point in time, Plaintiffs' counsel's firm has incurred approximately $6520.00 in attorney's fees (Plaintiffs initially tried to resolve this matter with a demand letter), and $586.95 in costs. In total, Plaintiffs' counsel's firm has incurred approximately **$7,106.95** in attorney's fees and costs.

5. **Total Relief Sought**

In total, Plaintiffs seek **$124,364.58** in unpaid wages, liquidated damages, and attorney's fees and costs ($117,257.63 + $7,106.95)


Date: January 2, 2020                                      Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #17567
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*